# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BRICKLAYERS LOCAL #8 OF ILLINOIS**
**And EMPLOYERS, et al.,**

**Plaintiffs,**

**v.**                                          **No. 17-1307-DRH**

**ENGLISH BROTHERS COMPANY,**


**Defendant.**

## ORDER

**HERNDON, District Judge:**

This matter comes before the Court for case management. A review of record indicates that the summons was never issued and that the summons attached to the complaint contains the wrong court information (the case was originally filed in the Central District of Illinois). Thus, the Court **DIRECTS** plaintiffs to send in a new summons on or before April 4, 2018.

**IT IS SO ORDERED.**

Judge Herndon
2018.03.21
14:55:20 -05'00'

**United States District Judge**